JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS M. NEWMAN (CTBN 422187)
Assistant United States Attorney
  9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California  94102
  Telephone:   (415) 436-6805
  Fax:              (415) 436-6748

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA and DONNA DILORETO, Revenue Officer,** )<br>)<br>**Petitioners,** )<br>)<br>v. )<br>)<br>**RAY MOSELEY,** )<br>)<br>**Respondent.** )<br>) | Case No.: 3:08-CV-00107-JCS<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

                                JOSEPH P. RUSSONIELLO
                                United States Attorney

                                /s/ Thomas M. Newman
                                THOMAS M. NEWMAN
                                Assistant United States Attorney
                                Tax Division