1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  THOMAS M. NEWMAN (CTBN 422187)
   Assistant United States Attorney
3   9th Floor Federal Building
    450 Golden Gate Avenue, Box 36055
4   San Francisco, California  94102
    Telephone:  (415) 436-6805
5   Fax:        (415) 436-6748

6  Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA and DONNA DILORETO, Revenue Officer,  Petitioners,  v.  RAY MOSELEY,  Respondent. | NO.  C-08-00107-JCS  **STIPULATION AND PROPOSED ORDER** |

STIPULATION

Petitioners filed this case on January 7, 2008, seeking enforcement of an IRS summons served on respondent. On February 6, 2008, respondent, Ray Moseley, was served with a copy of the Court's Management Order, the petition, and the Order to Show Cause scheduling a hearing for March 21, 2008, at 1:30 p.m. Since that time, the parties have discussed resolving this matter informally and agree that respondent would need about two months to gather the information requested in the summons. Respondent, with the assistance of his accountant, started compiling the requested information in January, 2008. Consequently, the parties request a two month extension of March 21, 2008 Order to Show Cause hearing until May 23, 2008, at 9:30 a.m.

Stipulation to Continue
Case No. 08-cv-107-JCS

1
2
                                        JOSEPH F. RUSSONIELLO
                                        United States Attorney

3   Dated: March 18, 2008                /s/ Thomas M. Newman
4                                       THOMAS M. NEWMAN
                                        Assistant United States Attorney
5                                        Tax Division
                                        Attorneys for United States of America
6
7
8
9   Dated: March 18, 2008
10                                       RAY MOSELEY
                                        Respondent
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation to Continue
Case No. 08-cv-107-JCS

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA and DONNA DILORETO, Revenue Officer,** )<br>)  **NO.  C-08-00107-JCS** )<br>        **Petitioners,** )<br>)  **ORDER**<br>        v.  )<br>)<br>**RAY MOSELEY,** )<br>)<br>        **Respondent.** )<br>_____ ) | |

   In accordance with the parties' stipulation, the hearing scheduled for March 21, 2008, is continued until May 23, 2008, at 9:30 a.m.

   IT IS SO ORDERED.

Dated: March __, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge

Stipulation to Continue
Case No. 08-cv-107-JCS