JOSEPH P. RUSSONIELLO
United States Attorney
THOMAS M. NEWMAN (CTBN 422187)
Assistant United States Attorney
  9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California  94102
  Telephone:  (415) 436-6805
  Fax:       (415) 436-6748

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and DONNA DILORETO, Revenue Officer, | NO. C-08-00107-JCS |
| Petitioners, | STIPULATION AND ~~PROPOSED~~ ORDER |
| v. | |
| RAY MOSELEY, | |
| Respondent. | |

### STIPULATION

Petitioners filed this case on January 7, 2008, seeking enforcement of an IRS summons served on respondent. On February 6, 2008, respondent, Ray Moseley, was served with a copy of the Court's Management Order, the petition, and the Order to Show Cause scheduling a hearing for March 21, 2008, at 1:30 p.m. Since that time, the parties have discussed resolving this matter informally and agree that respondent would need about two months to gather the information requested in the summons. Respondent, with the assistance of his accountant, started compiling the requested information in January, 2008. Consequently, the parties request a two month extension of March 21, 2008 Order to Show Cause hearing until May 23, 2008, at 9:30 a.m.

Stipulation to Continue
Case No. 08-cv-107-JCS

```
 1                                      JOSEPH P. RUSSONIELLO
                                        United States Attorney
 2
 3   Dated: March 18, 2008               /s/ Thomas M. Newman
                                        THOMAS M. NEWMAN
 4                                       Assistant United States Attorney
                                         Tax Division
 5                                       Attorneys for United States of America
 6
 7
 8
 9
     Dated: March 18, 2008
10                                       _____
                                         RAY MOSELEY
11                                       Respondent
12
13
```

Stipulation to Continue
Case No. 08-cv-107-JCS

# IN THE UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and DONNA DILORETO, Revenue Officer,<br><br>    Petitioners,<br><br>v.<br><br>RAY MOSELEY,<br><br>    Respondent. | NO. C-08-00107-JCS<br><br>ORDER |

In accordance with the parties' stipulation, the hearing scheduled for March 21, 2008, is continued until May 23, 2008, at 9:30 a.m.

IT IS SO ORDERED.

Dated: March 25, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge

Stipulation to Continue
Case No. 08-cv-107-JCS