JOSEPH P. RUSSONIELLO
United States Attorney
THOMAS M. NEWMAN (CTBN 422187)
Assistant United States Attorney
  9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-6805
  Fax: (415) 436-6748

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and DONNA DILORETO, Revenue Officer,<br><br>    Petitioners,<br><br>v.<br><br>RAY MOSELEY,<br><br>    Respondent. | NO. C-08-00107-JCS<br><br>STIPULATION AND PROPOSED ORDER |

## STIPULATION

Petitioners filed this case on January 7, 2008, seeking enforcement of an IRS summons served on respondent. On March 24, 2008, the parties filed a stipulation to continue the Order to Show Cause hearing previously scheduled for March 21, 2008, which has been continued until May 23, 2008. As stated in the parties' first stipulation, respondent, Ray Moseley, is in the process of complying with the IRS summons at issue and believes that he will be able to fully comply before May 23, 2008. The parties agree that the case management conference, scheduled for April 18, 2008, should be continued until June 27, 2008, at 1:30 p.m., at which time respondent will know whether additional time is needed to fully comply with the summons.

Stipulation to Continue
Case No. 08-cv-107-JCS

```
 1
 2
 3  Dated: 4/3/08                         JOSEPH P. RUSSONIELLO
 4                                        United States Attorney
 5
                                          /s/ Thomas M. Newman
 6                                        THOMAS M. NEWMAN
                                          Assistant United States Attorney
 7                                        Tax Division
                                          Attorneys for United States of America
 8
 9
10  Dated: 4/9/08
                                                    [signature]
11                                        RAY MOSELEY
                                          Respondent
12
13
...
28
```

Stipulation to Continue
Case No. 08-cv-107-JCS

1
2
3
4
5
6
7
8                   **IN THE UNITED STATES DISTRICT COURT FOR THE**
9                            **NORTHERN DISTRICT OF CALIFORNIA**
10                                  **SAN FRANCISCO DIVISION**
11
12 **UNITED STATES OF AMERICA and**        )
   **DONNA DILORETO, Revenue Officer,**    )     **NO. C-08-00107-JCS**
                                            )
13            **Petitioners,**              )
                                            )     **ORDER**
14       **v.**                             )
                                            )
15 **RAY MOSELEY,**                         )
                                            )
16            **Respondent.**               )
                                            )
17
     In accordance with the parties' stipulation, the Case Management Conference is
18
   continued until June 27, 2008, at 1:30 p.m.
19
     IT IS SO ORDERED.
20
21
22
   Dated: April __, 2008                    _____
23                                           JOSEPH C. SPERO
                                             United States Magistrate Judge
24
25
26
27
28

Stipulation to Continue
Case No. 08-cv-107-JCS