IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and DONNA DILORETO, Revenue Officer,  )<br>Petitioners,  )<br>v.  )<br>RAY MOSELEY,  )<br>Respondent.  ) | NO. C-08-00107-JCS<br><br>ORDER |

In accordance with the parties' stipulation, the Case Management Conference is continued until June 27, 2008, at 1:30 p.m.

IT IS SO ORDERED.

Dated: April 14, 2008

JOSEPH C. SPERO
United States Magistrate Judge