1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  THOMAS M. NEWMAN (CTBN 422187)
   Assistant United States Attorney
3    9th Floor Federal Building
     450 Golden Gate Avenue, Box 36055
4    San Francisco, California  94102
     Telephone:  (415) 436-6805
5    Fax:        (415) 436-6748

6  Attorneys for the United States of America

7

8  **IN THE UNITED STATES DISTRICT COURT FOR THE**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN FRANCISCO DIVISION**

11

| | |
|---|---|
| **UNITED STATES OF AMERICA and DONNA DILORETO, Revenue Officer,** | NO. C-08-00107-JCS |
| Petitioners, | **STIPULATION AND PROPOSED ORDER** |
| v. | |
| **RAY MOSELEY,** | |
| Respondent. | |

## STIPULATION

Petitioners filed this case on January 7, 2008, seeking enforcement of an IRS summons served on respondent. On February 6, 2008, respondent, Ray Moseley, was served with a copy of the Court's Management Order, the petition, and the Order to Show Cause scheduling a hearing for March 21, 2008, at 1:30 p.m. The parties have since filed two stipulation to continue both the Order to Show Cause hearing and the Case Management Conference. Since that time, respondent, Ray Moseley, has been working towards gathering the information that is responsive to the IRS summons but it is unlikely at this time he will be able to produce that information by May 23. Consequently, the parties request an one month extension of the May 23, 2008 Order to Show Cause hearing until June 27, 2008, at 9:30 a.m., and a continuance of the Case Management Conference until July 11, 2008, at 1:30 p.m.

Stipulation to Continue
Case No. 08-cv-107-JCS

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: May 14, 2008

/s/ Thomas M. Newman
THOMAS M. NEWMAN
Assistant United States Attorney
Tax Division
Attorneys for United States of America

Dated: May 14, 2008

/s/Ray Moseley
RAY MOSELEY
Respondent

Stipulation to Continue
Case No. 08-cv-107-JCS

# IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and<br>DONNA DILORETO, Revenue Officer,<br><br>    Petitioners,<br><br>v.<br><br>RAY MOSELEY,<br><br>    Respondent. | NO. C-08-00107-JCS<br><br>ORDER |

In accordance with the parties' stipulation, IT IS SO ORDERED.

Dated: May __, 2008

                                                                                                                                      _____
                                                                                                                                   JOSEPH C. SPERO
                                                                                                                                   United States Magistrate Judge