```
1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  THOMAS M. NEWMAN (CTBN 422187)
   Assistant United States Attorney
3     9th Floor Federal Building
      450 Golden Gate Avenue, Box 36055
4     San Francisco, California  94102
      Telephone:  (415) 436-6805
5     Fax:        (415) 436-6748

6  Attorneys for the United States of America
```

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA and DONNA DILORETO, Revenue Officer, | NO.  C-08-00107-JCS |
| Petitioners, | STIPULATION AND PROPOSED ORDER |
| v. | |
| RAY MOSELEY, | |
| Respondent. | |

## STIPULATION

Petitioners filed this case on January 7, 2008, seeking enforcement of an IRS summons served on respondent. On February 6, 2008, respondent, Ray Moseley, was served with a copy of the Court's Management Order, the petition, and the Order to Show Cause scheduling a hearing for March 21, 2008, at 1:30 p.m. The parties have since filed two stipulation to continue both the Order to Show Cause hearing and the Case Management Conference. Since that time, respondent, Ray Moseley, has been working towards gathering the information that is responsive to the IRS summons but it is unlikely at this time he will be able to produce that information by May 23. Consequently, the parties request an one month extension of the May 23, 2008 Order to Show Cause hearing until June 27, 2008, at 9:30 a.m., and a continuance of the Case Management Conference until July 11, 2008, at 1:30 p.m.

Stipulation to Continue
Case No. 08-cv-107-JCS

1
2
3
4       JOSEPH P. RUSSONIELLO
         United States Attorney
5
6  Dated: May 14, 2008        /s/ Thomas M. Newman
                              THOMAS M. NEWMAN
7                             Assistant United States Attorney
                              Tax Division
8                             Attorneys for United States of America
9
10
11
12
13  Dated: May 14, 2008        /s/Ray Moseley
                              RAY MOSELEY
14                            Respondent
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation to Continue
Case No. 08-cv-107-JCS