1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  THOMAS M. NEWMAN (CTBN 422187)
   Assistant United States Attorney
3    9th Floor Federal Building
     450 Golden Gate Avenue, Box 36055
4    San Francisco, California 94102
     Telephone: (415) 436-6805
5    Fax:       (415) 436-6748

6  Attorneys for the United States of America

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12  **UNITED STATES OF AMERICA and**      )
    **DONNA DILORETO, Revenue Officer,**  )   **NO.  C-08-00107-JCS**
                                          )
13          **Petitioners,**              )   **STIPULATION AND**
                                          )   ~~**PROPOSED**~~ **ORDER**
14          **v.**                        )
                                          )
15  **RAY MOSELEY,**                      )
                                          )
16          **Respondent.**               )
                                          )
    _____      )

17

                            STIPULATION
18
        Petitioners filed this case on January 7, 2008, seeking enforcement of an IRS summons
19
    served on respondent.  On February 6, 2008, respondent, Ray Moseley, was served with a copy
20
    of the Court's Management Order, the petition, and the Order to Show Cause scheduling a
21
    hearing for March 21, 2008, at 1:30 p.m.  The parties have since filed two stipulation to continue
22
    both the Order to Show Cause hearing and the Case Management Conference.  Since that time,
23
    respondent, Ray Moseley, has been working towards gathering the information that is responsive
24
    to the IRS summons but it is unlikely at this time he will be able to produce that information by
25
    May 23.  Consequently, the parties request an one month extension of the May 23, 2008 Order to
26
    Show Cause hearing until June 27, 2008, at 9:30 a.m., and a continuance of the Case
27
    Management Conference until July 25, 2008, at 1:30 p.m.
28

    Stipulation to Continue
    Case No. 08-cv-107-JCS

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: May 14, 2008

/s/ Thomas M. Newman
THOMAS M. NEWMAN
Assistant United States Attorney
Tax Division
Attorneys for United States of America

Dated: May 14, 2008

/s/Ray Moseley
RAY MOSELEY
Respondent

IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stipulation to Continue
Case No. 08-cv-107-JCS