1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  THOMAS M. NEWMAN (CTBN 422187)
   Assistant United States Attorney
3    9th Floor Federal Building
     450 Golden Gate Avenue, Box 36055
4    San Francisco, California 94102
     Telephone: (415) 436-6805
5    Fax:       (415) 436-6748

6  Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA and DONNA DILORETO, Revenue Officer,** | NO. C-08-00107-JCS |
| Petitioners, | **STIPULATION OF DISMISSAL** |
| v. | |
| **RAY MOSELEY,** | |
| Respondent. | |

STIPULATION

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) the parties stipulate to dismissal of the above-titled action.

Stipulation to Dismiss
Case No. 08-cv-107-JCS

1
2
3  Dated: _____                    JOSEPH P. RUSSONIELLO
                                          United States Attorney

                                          /s/ Thomas M. Newman
                                          THOMAS M. NEWMAN
4                                         Assistant United States Attorney
                                          Tax Division
5                                         Attorneys for United States of America
6
7
8
9
10 Dated: _____                   _____
                                          RAY MOSELEY
11                                        Respondent
12
...
28

Stipulation to Dismiss
Case No. 08-cv-107-JCS