JOSEPH P. RUSSONIELLO
United States Attorney
THOMAS M. NEWMAN (CTBN 422187)
Assistant United States Attorney
  9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California  94102
  Telephone:   (415) 436-6805
  Fax:               (415) 436-6748

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA and DONNA DILORETO, Revenue Officer,** | NO.  C-08-00107-JCS |
| Petitioners, | **STIPULATION OF DISMISSAL** |
| v. | |
| **RAY MOSELEY,** | |
| Respondent. | |

<u>STIPULATION</u>

     Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) the parties stipulate to dismissal of the above-titled action.

Stipulation to Dismiss
Case No. 08-cv-107-JCS

Dated: 6/17/08

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Thomas M. Newman
THOMAS M. NEWMAN
Assistant United States Attorney
Tax Division
Attorneys for United States of America

Dated: 6/17/08

RAY MOSELEY
Respondent

Stipulation to Dismiss
Case No. 08-cv-107-JCS