1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  THOMAS M. NEWMAN (CTBN 422187)
   Assistant United States Attorney
3   9th Floor Federal Building
    450 Golden Gate Avenue, Box 36055
4   San Francisco, California  94102
    Telephone:  (415) 436-6805
5   Fax:            (415) 436-6748

6  Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA and DONNA DILORETO, Revenue Officer,** )<br>)<br>) | **NO.  C-08-00107-JCS** |
| **Petitioners,** )<br>) | **STIPULATION OF DISMISSAL** |
| v. )<br>) | |
| **RAY MOSELEY,** )<br>) | |
| **Respondent.** )<br>) | |

### STIPULATION

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) the parties stipulate to dismissal of the above-titled action.

Stipulation to Dismiss
Case No. 08-cv-107-JCS

Dated: 6/17/08

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Thomas M. Newman
THOMAS M. NEWMAN
Assistant United States Attorney
Tax Division
Attorneys for United States of America

Dated: 6/17/08

*[signature]*
RAY MOSELEY
Respondent

Dated: June 18, 2008

**IT IS SO ORDERED**
*[signature]*
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stipulation to Dismiss
Case No. 08-cv-107-JCS